**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LYNN FRANCIS,<br><br>              Plaintiffs,<br><br>v.<br><br>HOLLAND AMERICA LINE LIMITED d/b/a HOLLAND AMERICA LINE LIMITED WA, a Curacao corporation; DESTINATION ANTIGUA (2000), LTD t/a TROPICAL ADVENTURES ANTIGUA d/b/a TROPICAL ADVENTURES – MYSTIC CATAMARAN, a Antigua and Barbuda corporation; and XYZ CORPORATION,<br><br>              Defendants. | CASE NO. 25-cv-2156-JHC<br><br>**ORDER ON STIPULATED MOTION TO VACATE ORDER OF DEFAULT** |

Before the Court is the parties' Stipulated Motion to Vacate Order of Default.  Dkt. # 14. The Court GRANTS the motion.  The Entry of Default against Defendant DESTINATION ANTIGUA (2000), LTD t/a TROPICAL ADVENTURES ANTIGUA d/b/a TROPICAL ADVENTURES – MYSTIC CATAMARAN dated January 16, 2026 (Dkt. # 9) is hereby VACATED.

DATED this 31st day of March, 2026.

John H. Chun
United States District Judge

ORDER - 1