UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN FRANCIS | NO.: 2:25-cv-02156 |
| Plaintiff, | ORDER |
| v. | |
| HOLLAND AMERICA LINE LIMITED, et al., | |
| Defendants. | |

Before the Court is the above-captioned Parties' Joint Motion To Extend Deadlines Contained In DE 10.  Dkt. # 16.  After reviewing the record, the Motion, and for the reasons presented in the Motion, the Court FINDS good cause to grant the requested relief and hereby extends the following deadlines:

1. FRCP 26(f) Conference: to April 30, 2026;

2. Initial Disclosures pursuant to FRCP 26(a)(1): to May 14, 2026; and

3. Joint Status Report and Discovery Plan: to May 21, 2026.

//

//

//

Page **1** of **2**

DATED this 3rd day of April, 2026.


_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE